IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RICHARD N. MURO, ) <br> ) <br> Defendant. ) <br> ) <br> ) | 8:23CR118 <br><br> ORDER |

This matter is before the court on defendant's Motion to Continue Trial [22]. Counsel requests additional time to complete plea negotiations. Accordingly,

**IT IS ORDERED** that the Motion to Continue Trial [22] is granted, as follows:

1. The jury trial now set for July 18, 2023, is continued to **September 19, 2023.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 19, 2023**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

**DATED: June 27, 2023**

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge