IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> vs.<br><br>RICARDO N. MURO,<br><br>     Defendant. | 8:23CR118<br><br>ORDER |

   This matter is before the court on the motion of retained counsel, William F. Eustice, to withdraw as counsel for the defendant, Ricardo N. Muro. (Filing No. 29). A hearing was held on December 12, 2023, and upon consideration, William F. Eustice's motion to withdraw (Filing No. 29) was granted.

   Julie B. Hansen, Federal Public Defender's Office, 222 South 15th Street, Suite 300N, One Central Park Plaza, Omaha, Nebraska 68102, (402) 221-7896, is appointed to represent Ricardo N. Muro for the balance of these proceedings pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

   William F. Eustice shall forthwith provide Julie B. Hansen any discovery materials provided to the defendant by the government and any such other materials obtained by William F. Eustice which are material to Ricardo N. Muro's defense.

   **IT IS SO ORDERED.**

   Dated this 15th day of December, 2023.

                       BY THE COURT:

                       s/ Michael D. Nelson
                       United States Magistrate Judge