IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>RICARDO N. MURO,<br><br>                  Defendant. | 8:23CR118<br><br><br>**ORDER** |

      This matter came before the Court for a status conference on January 10, 2024, by telephone with counsel for the parties, Joseph Meyer, on behalf of the government and Julie Hansen, on behalf of defendant, Ricardo N. Muro. Discussion held as to case status. The defendant moved for the rescheduling of the status conference and agreed to the tolling of time under the Speedy Trial Act. The motion was unopposed by the government. For good cause shown, the Court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1) Defendant's oral motion for rescheduling of the status conference is granted.

2) In accordance with 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice will be served by granting this motion and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and February 21, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant this motion would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and the novelty and complexity of the case. The failure to grant this motion might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

3) A telephonic status conference with counsel will be held before the undersigned magistrate judge at **9:30 a.m. on February 21, 2024**. Counsel for the parties shall use the conferencing instructions provided by the Court to participate in the call. (See [Filing No. 28](#)).

    Dated this 10th day of January, 2024.

                                                      BY THE COURT:

                                                      s/Michael D. Nelson
                                                      United States Magistrate Judge